UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHRISTOPHER HAYES                    CIVIL ACTION NO. 6:18-cv-00542

VERSUS                               JUDGE SUMMERHAYS

CIGNA HEALTH & LIFE                  MAGISTRATE JUDGE HANNA
INSURANCE CO., ET AL.

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's claim is dismissed with prejudice, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 18th day of November, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE